**FILED UNDER SEAL**

Susan S.Q. Kalra (California State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (800) 993- 7499
Fax: (832) 900-4941

*Attorneys for Plaintiff*
KOJI IP, LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KOJI IP, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>RENESAS ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendant. | Case No.: 3:24-cv-03089-PHK<br><br>**SUPPLEMENTAL DECLARATION OF SUSAN KALRA IN SUPPORT OF RESPONSE TO SHOW CAUSE ORDER**<br><br>**Date: September 19, 2024** |

**SUPPLEMENTAL DECLARATION OF SUSAN KALRA**

I, Susan Kalra, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am licensed to practice law in the state of California and am an attorney with the law firm of Ramey LLP. I represent the Plaintiff in the above-captioned lawsuit.

3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We moved into our family home at ▓▓ ▓▓▓▓▓▓▓▓▓▓ California in May 1994, and we raised our two children in our home. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ California. My office was, and still is, located at 303 Twin Dolphin Drive, Suite 600, Redwood City, California.

4. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1. ████████████████████████████████████████████████████████
2. ████████████████████████████████████████████████████████
3. ████████████████████████████████████████████████████████
4. ████████████████████████████████████████████████████████
5. ████████████████████████████████████████████████████████
6. ████████████████████████████████████████████████████████
7. ████████████████████████████████████████████████████████
8. ████████████████████████████████████████████████████████
9. ████████████████████████████████████████████████████████
10. ████████████████████████████████████████████████████████
11. ██████████████████

12.     8.   ████████████████████████████████████████████████
13. ████████████████████████████████████████████████████████
14. ████████████████████████████████████████████████████████
15. ████████████████████████████████████████████████████████
16. ████████████████████████████████████████████████████████
17. ████████████████████████████████████████████████████████
18. ████████████████████████████████████████████████████████
19. ████████████████████████████████████████████████████████
20. ████████████████████████████████████████████████████████
21. ██████████

22.     9.   As I began to understand the impact ███████████████
23. ████████████████████████. This realization, along with the ongoing stress, severely
24. impacted my health. █████████████████████████████████████
25. ████████████████████████████████████████████████████████
26. ████████████████████████████████████████████████████████

SUPPLEMENTAL DECLARATION OF SUSAN KALRA IN SUPPORT OF RESPONSE TO SHOW
CAUSE ORDER - CASE NO.: 3:24-CV-03089-PHK

███████████████████████████████████████████

████████████.

10. In February 2024, my medical providers ██████████████████ ████████████████████████ advised me to reduce my responsibilities and my stress as much as possible.

11. ████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████ I am in the San Francisco Bay Area frequently,

███████████████████████████████████████████

███████████████████████████████████████████

████ While there, I work in my office in Redwood City.

12. With respect to work, I informed the Partners at Ramey LLP generally about my marital issues in July 2023, and generally about my financial situation at or around that same time. I also informed them in February 2024 about the advice I received from my health care providers.  As is set forth in my non-confidential Declaration, during this time, I relied on the highly competent Partners at the Ramey LLP firm to work on cases and court filings including claim charts, and I utilized the firm's staff to assist with filings. I reviewed documents including complaints and memoranda before they were filed.

13. ██████████████████████████████████████

████████████████████████████

14. ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2024.    ____/s/ Susan Kalra_____
                                                                              Susan Kalra