Susan Kalra (SBN 167940)
4140 Innovator Drive, Apt. 4201
Sacramento, CA 95834
(650) 678-4644
Email: sqklaw@gmail.com

*Submitted on behalf of*
*William P. Ramey, III*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KOJI IP, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>RENESAS ELECTRONICS AMERICA, INC.,<br><br>            Defendant. | Case No.: 3:24-cv-03089-PHK<br><br>**NOTICE OF RELEVANT DECISION** |

Attached hereto as Exhibit A is the final decision from State Bar of Texas concerning the referral from this Court's Orders ECF No. 42 and 43 wherein the State Bar of Texas declined to open a grievance.

Respectfully Submitted

/s/ Susan Kalra
Susan Kalra (SBN 167940)
4140 Innovator Drive, Apt. 4201
Sacramento, CA 95834
(650) 678-4644
Email: sqklaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

<u>/s/ Susan Kalra</u>
Susan Kalra