Jason A. Crotty (State Bar #196036)
jcrotty@mabr.com
MASCHOFF BRENNAN
450 Sansome Street, Suite 1005
San Francisco, California 94111
Telephone: (415) 969-6918

Benjamin Charkow (appearance *pro hac vice*)
bcharkow@mabr.com
MASCHOFF BRENNAN
15 W. 26th Street, 7th Floor
New York, NY 10010
Telephone: (212) 529-3347

Paula D. Heyman (appearance *pro hac vice*)
pheyman@mabr.com
MASCHOFF BRENNAN
5401 S. FM 1626, Suite 170, PMB 175
Kyle, TX 78640
Telephone: (435) 575-1420

*Attorneys for Defendant*
RENESAS ELECTRONICS AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOJI IP, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>RENESAS ELECTRONICS AMERICA, INC.,<br><br>                    Defendant. | Case No.:  3:24-cv-03089-PHK<br><br>**DEFENDANT RENESAS ELECTRONICS AMERICA, INC.'S NOTICE OF NON-OPPOSITION TO MOTION OF SUSAN S.Q. KALRA TO WITHDRAW AS COUNSEL FOR PLAINTIFF KOJI, IP LLC (DKT. 137)** |

Pursuant to the Court's June 4, 2026 Order (Dkt. 150), Defendant Renesas Electronics America, Inc. hereby notifies the Court that it does not oppose the Motion of Susan S.Q. Kalra to Withdraw as Counsel for Plaintiff Koji IP, LLC (Dkt. 137).

Dated: June 8, 2026

Respectfully submitted,

MASCHOFF BRENNAN

By:  */s/ Jason A. Crotty*
Jason A. Crotty
Benjamin Charkow (appearance *pro hac vice*)
Paula D. Heyman (appearance *pro hac vice*)

*Attorneys for Defendant*
RENESAS ELECTRONICS AMERICA INC.

-1-