Susan Kalra (SBN 167940)
404 S. Main Street #1039
Yreka, CA 96097
Telephone: (650) 678-4644
Email: sqklaw@gmail.com

***Counsel for Plaintiff***
***Koji IP LLC***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KOJI IP, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>RENESAS ELECTRONICS AMERICA, INC.,<br><br>              Defendant. | Case No.: 3:24-cv-03089-PHK<br><br>**PLAINTIFF KOJI IP, LLC'S STATEMENT REGARDING MOTION TO WITHDRAW [ECF 137, 150]**<br><br>Date: June 25, 2026<br>Time: 1:30 p.m.<br>Ctrm : F, 15th Floor<br>Judge: Hon. Peter H. Kang<br>Action Filed: May 23, 2024 |

Koji IP, LLC respectfully submits this statement in response to the Court's Order (ECF 150). As was set forth in Susan Kalra's Motion to Withdraw as Attorney (ECF 137), Plaintiff Koji IP, LLC opposes the motion (ECF 137 at 4:17; 137-1 at ¶16), and requests that Ms. Kalra continue to represent Koji until such time as Koji is able to obtain substitute counsel.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Susan Kalra*_____
Susan Kalra (SBN 167940)
404 S. Main Street #1039
Yreka, CA 96097
Telephone: (650) 678-4644
Email: sqklaw@gmail.com

***Counsel for Plaintiff
Koji IP LLC***

2